

# NUMBER 13-23-00056-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ANALYN GARCIA,**                                  **Appellant,**

**v.**

**PHARUS FUNDING LLC
AND WELLS FARGO BANK, NA,**                 **Appellees.**

---

**On appeal from the County Court at Law No. 6
of Hidalgo County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Tijerina, Silva, and Peña
Memorandum Opinion by Justice Peña**

On February 7, 2023, appellant filed a notice of appeal. On March 14, 2023, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. On March 29, 2023, the Clerk of the Court notified appellant the notice of appeal was not in compliance with Texas Rules of Appellate Procedure 9.1, 9.5,

25.1(d)(4), and 25.1(e). *See* TEX. R. APP. P. 9.1, 9.5, 25.1(d)(4), (e). The Clerk of this Court notified appellant the appeal was subject to dismissal if the defects were not corrected within ten days from the date of the letter. *See id.* R. 42.3(c).

Appellant has not paid the filing fee, has not filed an amended notice of appeal, and has failed to otherwise respond to notices from the Clerk of the Court requiring a response or other action within the time specified. Therefore, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
29th day of June, 2023.